Luther DAVIS, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 24922.

United States Court of Appeals
Fifth Circuit.

Dec. 15, 1967.

Luther Davis, pro se.

William Wayne Justice, U. S. Atty.,
Tyler, Tex., for appellee.

Before COLEMAN and SIMPSON,
Circuit Judges, and DAWKINS, District
Judge.

PER CURIAM:

This is an appeal from the denial of a
motion [1] to vacate a federal criminal con-
viction and judgment for breaking and
entering a post office with intent to com-
mit larceny therein in violation of 18
U.S.C.A. § 2115.

Of appellant's several contentions, only
one need be considered, viz: that his plea
of guilty was coerced by threats and
beatings by a named state officer. The
district court heard appellant's testimony
and that of the officer in question, and
found specifically that appellant's ver-
sion of the facts was not worthy of be-
lief. From a review of the record in-
cluding the transcript of that hearing
we conclude that the district court was
not in error in finding that appellant's
plea of guilty was understandingly and
voluntarily made and was not the prod-
uct of threats, beatings, or other coer-
cive acts. We need not consider appel-
lant's remaining allegations. United
States v. Doyle, 2 Cir. 1965, 348 F.2d
715, certiorari denied 382 U.S. 843, 86
S.Ct. 89, 15 L.Ed.2d 84; Snipe v. Unit-
ed States, 9 Cir. 1965, 343 F.2d 25, cer-
tiorari denied, 382 U.S. 960, 86 S.Ct. 440,
15 L.Ed.2d 363; Benton v. United States,
9 Cir. 1965, 352 F.2d 59. The judgment
of the district court is affirmed.